Order entered July 5, 2016



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00307-CR

**KAMAURIS JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1172084-U**

## ORDER

The Court **REINSTATES** the appeal.

On May 17, 2016, we abated the appeal and ordered the trial court to make findings regarding why appellant's brief was not timely filed. On June 30, 2016, we received appellant's brief and an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the May 17, 2016 order to the extent it requires findings.

Appellant's June 30, 2016 motion to extend the time for filing appellant's brief is **GRANTED**. We **ORDER** appellant's brief filed as of the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
       JUSTICE